UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LAUREN BROWN, individually and
as Personal Representative of
the Estate of her deceased
mother, SUMANG BURLEY,

       Plaintiffs,       Case No.: 1:06-CV-20-SPM/AK

v.

FORD MOTOR COMPANY,

       Defendant.
_____/

### AGREED ORDER RELEASING MEDICAL EXAMINER PHOTOGRAPHS

**THIS CAUSE** having come before the Court on the Defendant's Motion for Entry of Order Releasing Medical Examiner Photographs, all counsel of record agreeing to the release of said autopsy photographs, and the Court having been duly advised in the premises, it is

**ORDERED and ADJUDGED** that:

1. This suit is a wrongful death action arising from the death of Sumang Burley. An autopsy was performed on Sumang Burley by the District Eight Medical Examiner's Office. The parties agree that any photographs, slides, videos, or any audio recording of the autopsy made by the Medical Examiner in connection with the autopsy of Sumang Burley are necessary in order to prepare this case for trial.

2.   The District Eight Medical Examiner's Office is hereby directed to release copies of all photographs, slides, videos, or any audio recording made in connection with the autopsy of Sumang Burley, to any attorney for any party to this lawsuit. The Medical Examiner's Office shall release these materials upon presentation of a copy of this Order, together with the appropriate fee charged by the Medical Examiner's Office for duplication of such materials.

3.   The Parties and their attorneys are directed to maintain the confidentiality of any photographs, slides, videos, or any audio recording produced by the Medical Examiner's Office in response to paragraph 2 above. These materials are to be used solely in connection with this lawsuit and for no other purpose. The parties and their attorneys are permitted to share these materials with their consultants and experts; however, the parties and their attorneys shall not reveal these materials to any third party unconnected with this lawsuit.

DONE AND ORDERED in chambers at Gainesville, Alachua County Florida this 31st day of April, 2006.

Stephan P. Mickle

Copies furnished to:
All counsel of record