IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LAUREN BROWN, individually and as
personal representative of the estate
of her deceased mother,
SUMANG BURLEY,

       Plaintiff,

vs.

                                                CASE NO.: 1:06-CV-020-SPM

FORD MOTOR COMPANY,

       Defendant.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

Pursuant to "Stipulation for Dismissal With Prejudice" (doc. 16) filed May 31, 2006 and Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby

**ORDERED AND ADJUDGED** as follows:

1.     This action is dismissed with prejudice.

2.     Each party shall bear its own attorney's fees and costs.

3.     All pending motions are denied as moot.

**DONE AND ORDERED** this <u>ninth</u> day of June, 2006.

                                *s/ Stephan P. Mickle*
                                Stephan P. Mickle
                                United States District Judge